**Order entered July 23, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01433-CV

### JARROD C. HAMMONDS, Appellant

### V.

### DALLAS COUNTY, ET AL, Appellee

**On Appeal from the 116th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-18-03328**

## ORDER

Before the Court is appellant's July 22, 2019 motion for extension of time to file his reply brief. We **GRANT** the motion and **ORDER** the brief received July 17, 2019 filed as of the date of this order.

/s/     KEN MOLBERG
        JUSTICE